**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| United States of America § | |
| § | |
| *versus* § | Case No. 7:20–cr–01676 |
| § | |
| Jose Luis Trejo § | |

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for October 16, 2020 at 02:00 PM before United States Magistrate Judge Peter E Ormsby at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
Peter E. Ormsby
United States Magistrate Judge

Date of order: **October 15, 2020**