# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 7:20-CR-01676** |
| | § | |
| **JOSE LUIS TREJO** | § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE COURT:

    Mr. Jason M. Davis of DAVIS & SANTOS, P.C. files this Notice of Appearance and requests that the Court add him as co-counsel on behalf of Defendant Jose Luis Trejo. In addition, co-counsel requests that the Court and all parties update their records to include counsel as follows:

> Jason M. Davis
> **Davis & Santos, P.C.**
> 719 S. Flores Street
> San Antonio, TX 78204
> (210) 853-5882 – Phone
> (210) 200-8395 – Fax
> jdavis@dslawpc.com

DATED: October 15, 2020

                                               Respectfully submitted,

By:   */s/ Jason M. Davis*
       Jason M. Davis
       State Bar No. 00793592
       Southern District ID No. 20114
       E-mail: jdavis@dslawpc.com

       **DAVIS & SANTOS, P.C**.
       719 S. Flores Street
       San Antonio, Texas  78204
       Tel:  (210) 853-5882
       Fax:  (210) 200-8395

       *Attorney for Defendant*
       *Jose Luis Trejo*

## **CERTIFICATE OF SERVICE**

  I certify that on the 15th day of October 2020, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                 */s/ Jason M. Davis*
                 Jason M. Davis