**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 7:20-CR-01676** |
| | § | |
| **JOSE LUIS TREJO** | § | |

## ORDER

On this day came on to be considered Defendant Jose Luis Trejo's Motion to Exclude Non-Disclosed Evidence Under Federal Rule of Evidence 404(b). Based on the arguments presented and in the interests of justice, the Court finds that this Motion should be GRANTED.

It is further ORDERED that the Government produce to counsel for Mr. Trejo reports or other evidence related to the Prior Incident identified in said motion no later than the _____ day of _____, 2020.

It is further ORDERED that any non-disclosed evidence under Rule 404(b) shall be excluded.

SIGNED this _____ day of _____, 2020.

_____
HONORABLE RANDY CRANE
UNITED STATES DISTRICT JUDGE