United States District Court
Southern District of Texas
**ENTERED**
June 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:20-CR-1676 |
| | § | |
| JOSE LUIS TREJO | § | |

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for status conference on August 5, 2021, at 10:00 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED June 2, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge