United States District Court
Southern District of Texas
**ENTERED**
April 29, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:20-CR-1676 |
| § | |
| JOSE LUIS TREJO § | |

### ORDER RESETTING FINAL PRETRIAL AND JURY SELECTION

IT IS HEREBY ORDERED that this matter (previously set for April 29, 2022) is hereby reset for final pretrial on July 8, 2022, at 9:00 a.m. and jury selection for a later date to be determined, in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED April 29, 2022, at McAllen, Texas.

_____
Randy Crane
United States District Judge