United States District Court
Southern District of Texas
**ENTERED**
September 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:20-CR-1676 |
| | § | |
| JOSE LUIS TREJO | § | |

## ORDER ADVANCING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for September 27, 2022) is

hereby reset for sentencing on September 9, 2022, at 9:00 a.m. in the 9th Floor Courtroom,

United States District Court, 1701 W. Business Highway 83, McAllen, Texas, granting

Doc. No. 71.

SO ORDERED September 7, 2022, at McAllen, Texas.

_____
Randy Crane
United States District Judge